# FEBRUARY 22, 1939

BENNIE ALLEN V. THE STATE.

No. 20192.   Delivered February 22, 1939.

The opinion states the case.

*Mike Anglin,* of Wichita Falls, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

GRAVES, JUDGE.—Appellant was convicted of a violation of the liquor laws of this State, and his punishment assessed at a fine of $100.00.

It appears that notice of appeal was not carried into the minutes of the court. Under the circumstances, this court is without jurisdiction.

The appeal is dismissed.